**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: Subpoena to Jones Day, in the matter of *Mujezinovic et al. v. The Trustees of Indiana University, et al.* (S.D. Ind. 1:24-cv-01827-TWP-MG) | Case No. 26-3217 |

**PLAINTIFFS' MOTION TO COMPEL
RULE 30(b)(6) DEPOSITION OF JONES DAY**

Plaintiffs Haris Mujezinovic, Charlie Miller, John Flowers, and Larry Richardson, Jr. ("Plaintiffs"), by counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.2, move to compel the Rule 30(b)(6) Deposition of Jones Day. Plaintiffs' contemporaneously file their Brief in Support of their Motion to Compel.

Plaintiffs request the Court order Jones Day to designate one or more witnesses prepared to testify on the noticed topics and to provide available dates for the deposition within three (3) days of the Court's Order, with the deposition to be completed no later than April 19, 2026. Plaintiffs alternatively request transfer of this Motion to the Honorable Tanya Walton Pratt, who is presiding over the underlying litigation in the United States District Court for the Southern District of Indiana.

WHEREFORE, Plaintiffs Haris Mujezinovic, Charlie Miller, John Flowers, and Larry Richardson, Jr., on behalf of themselves and all others similarly situated, respectfully request that the Court grant Plaintiffs' Motion to Compel, or transfer Plaintiffs' Motion to Compel to the United States District Court for the Southern District of Indiana.

DATED: March 23, 2026

Respectfully submitted,

*/s/ Kathleen A. DeLaney*
Kathleen A. DeLaney (ARDC Bar # 6322356)
DELANEY & DELANEY LLC
3646 Washington Blvd.
Indianapolis, IN 46205

1

Phone: 317-920-0400
Email: kathleen@delaneylaw.net

*Attorney for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on March 23, 2026, a copy of the foregoing document was served by U.S. Certified Mail, postage prepaid, return receipt requested, to the following non-party:

Jones Day
Attn. Highest Officer or Managing Partner
110 North Wacker Drive, Suite 4800
Chicago, IL 60606

The undersigned counsel certifies further that on March 23, 2026, a copy of the foregoing was served via email to the following counsel:

| | |
|---|---|
| Christopher D. Lee | John Maley |
| Daniel R. Kelley | Amanda Gallagher |
| Andrew D. Dettmer | Dylan Pittman |
| DINSMORE & SHOHL LLP | Charity Seaborn |
| 211 N. Pennsylvania, Suite 1800 | Barnes & Thornburg LLP |
| Indianapolis, IN 46204 | 11 S. Meridian Street |
| Christopher.Lee@Dinsmore.com | Indianapolis, IN 46204 |
| Daniel.Kelley@Dinsmore.com | john.maley@btlaw.com |
| Andrew.Dettmer@Dinsmore.com | amanda.gallagher@btlaw.com |
| | dylan.pittman@btlaw.com |
| | charity.seaborn@btlaw.com |

Tracy Stratford
150 West Jefferson, Suite 2100
Detroit, MI 48226
tkstratford@jonesday.com

*/s/ Kathleen A. DeLaney*
Kathleen A. DeLaney

2